W. R. HOPKINS ET AL. V. J. M. CRISP ET AL.

(Filed 28 May, 1913.)

**Evidence—Issues of Fact—Questions for Jury.**

This cause presenting a controversy of fact properly presented to the jury, no error is found.

APPEAL by plaintiff from *Lane, J.,* at Spring Term, 1912, of CHEROKEE.

Civil action tried upon this issue:

(1) "Is the land claimed by plaintiffs, Tract No. 1949, located as shown on the plat, and as contended by plaintiffs? Answer: Yes."

From the judgment rendered, defendant appealed.

*M. W. Bell, J. H. Dillard, and Zebulon Weaver for plaintiffs.*
*A. D. Raby, J. N. Moody, and R. L. Phillips for defendants.*

PER CURIAM. We have examined the record in this case and considered the several assignments of error, and we find no reversible error. The controversy appears to be almost exclusively one of fact, and we think the court properly presented it to the jury.

No error.